# In the United States Court of Federal Claims

No. 13-455L
(E-Filed: October 1, 2019)

|  |  |
|---|---|
| GERALD E. BELL, <u>et al.</u>, | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) ) ) |
| THE UNITED STATES, | ) ) ) |
| Defendant. | ) ) ) |

## DISMISSAL ORDER

The court has before it plaintiffs' unopposed motion to dismiss with prejudice pursuant to RCFC 41(a)(2), filed September 30, 2019.  <u>See</u> ECF No. 86.  According to the motion, the parties have settled all remaining claims in this case and seek dismissal of this suit with prejudice.  <u>Id.</u>   The parties also agree that all costs shall be "paid by the party incurring same."  <u>Id.</u>

Accordingly, plaintiffs' unopposed motion to dismiss with prejudice pursuant to RCFC 41(a)(2), ECF No. 86, is **GRANTED**.  The clerk's office is directed to **ENTER** final judgment pursuant to RCFC 41(a)(2), **DISMISSING** all of plaintiffs' remaining claims in this suit, **with prejudice**.  No costs.

IT IS SO ORDERED.

s/Patricia E. Campbell-Smith
PATRICIA E. CAMPBELL-SMITH
Judge